UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

Prosper Ketorwokah Doamekpor,

       Plaintiff,         Case No. 3:25-cv-020

v.         Judge Thomas M. Rose

Central State University, *et al.*,

       Defendants.

---

**ENTRY AND ORDER DIRECTING CLERK TO STRIKE PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS. (DOC. 27.)**

---

*Pro se* Plaintiff has filed Plaintiff's Sur-reply in Opposition to Defendant's Motion to Dismiss. (Doc. 27.) Local Rule 7.2, which governs the submission of motions and other papers, provides for the filing of opposing memoranda and replies, but states that "[n]o additional memoranda...are permitted except upon leave of court for good cause shown." S. D. Ohio Civ. R. 7.2(a)(2). The Court finds that Plaintiff did not obtain leave of Court to file his Sur-Reply, and thus the Clerk is directed to **STRIKE** Plaintiff's Sur-reply in Opposition to Defendant's Motion to Dismiss. (Doc. 27.)

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, July 23, 2025.

                                              s/Thomas M. Rose

                                              THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE